IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re PHILLIP R. FERGUSON, #1111636,

          Plaintiff.

_____

No. C 14-5217 CRB (PR)

ORDER OF DISMISSAL

      On November 25, 2014, the clerk filed as a new prisoner action a Menlo Park Police Personnel Complaint Form mailed to the court by plaintiff complaining of various wrongdoing in connection with his arrest. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

      Plaintiff instead has filed a letter explaining that he did not intend the personnel complaint form to be filed as a new action in this court. The complaint form "mistakenly" was sent to this court instead of the San Mateo County Superior Court. Dkt. #8 at 1. Good cause appearing, the case is DISMISSED without prejudice. The clerk is instructed to close this matter as improvidently opened. No filing fee is due.

SO ORDERED.

DATED: Jan. 12, 2015

                                      CHARLES R. BREYER
                                      United States District Judge

G:\PRO-SE\CRB\CR.14\Ferguson, P.14-5217.dsifp.wpd